FILED
IN OPEN COURT

OCT 16 2013

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:13cr350 — (05) |
| | ) |
| MARKEITH KERNS, | ) |
| a.k.a. "LTK," | ) |
| | ) |
| Defendant. | ) |

### STATEMENT OF FACTS

The United States and the defendant, Markeith Kerns, agree that had this matter proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

1. "Nine Trey Gangster Bloods" (NTG) is a criminal street gang operating within the Eastern District of Virginia. Members and associates of NTG were engaged in a racketeering conspiracy involving the unlawful distribution of cocaine base and other illegal narcotics, as well as robbery and other crimes of violence. Members and associates of NTG were also engaged in the sex trafficking of adults by coercion or force from at least in and around 2011 to in and around August 2013.

2. The defendant, Markeith Kerns, also known as "LTK" is a NTG gang member and regularly performed acts in furtherance of the gang's mission. Specifically, the defendant performed an active role in coordinating and furthering the sex trafficking or "prostitution" activities of the gang by guarding the prostitutes working for the gang. The defendant knew that the prostitutes were assaulted by other gang members as a form of discipline. The defendant

assisted the gang in earning money through the commission of illegal acts involving marijuana distribution and prostitution.

3. On or about April 12, 2010, the defendant, along with co-conspirators ~~William Sykes and George Williams~~, confronted other young men outside of a school with whom they had an ongoing dispute in Fauquier County, Virginia. The defendant discharged a firearm several times at the young men and their car. The defendant's shots struck the car several times and grazed the clothing of one of the young men.

4. The leadership of the gang sold illegal narcotics, including crack cocaine, powder cocaine and marijuana in order to make money. The defendant distributed marijuana on behalf of the gang. The defendant transported marijuana from Newport News, Virginia to northern Virginia for redistribution.

5. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the government. It does not include each and every fact known to the defendant or the government, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

6. The actions of the defendant as recounted above were in all respects knowing and deliberate, and were not committed by accident, mistake, or other innocent reason.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Adam B. Schwartz
Dennis M. Fitzpatrick
Assistant United States Attorneys

Defendant's Stipulation and Signature: After consulting with my attorney and pursuant to the plea agreement I entered into this day with the United States, I hereby stipulate that the above statement of facts is true and accurate, and that had the matter proceeded to trial, the United States would have proven the same beyond a reasonable doubt.

Date: 10/15/13

Markeith Kerns
Defendant

Defense Counsel's Signature: I have carefully reviewed the above statement of facts with my client, Markeith Kerns. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: 10-15-13

Daniel T. Lopez
Counsel for the Defendant